# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143224-5

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

Estate of JEANETTE BROOKSHIRE, by
its Personal Representative, RANDALL
D. BROOKSHIRE,
          Plaintiff-Appellant,

v

NANCYLEE STIER, M.D., ANN ARBOR
INPATIENT PHYSICIANS, P.L.L.C.,
BHARTIBEN PATEL, M.D., PATEL
INTERNAL MEDICINE ASSOCIATES, P.C.,
KELLY MANDAGERE, M.D., ANN ARBOR
ENDOCRINOLOGY AND DIABETES
ASSOCIATES, P.C., and ROBERT
URBANIC, M.D.,
          Defendants-Appellees,

and

TRINITY HEALTH-MICHIGAN, d/b/a
ST. JOSEPH MERCY HOSPITAL, f/k/a
MERCY HEALTH SERVICES,
          Defendant.
_____/

SC: 143224-5
COA: 291186; 292991
Washtenaw CC: 03-000731-NH

On order of the Court, the application for leave to appeal the March 24, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

d0919